NUMBER 13-02-692-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


JAMES C. MUSSELMAN , Appellant,



v.




CLYDE BREEDEN, ET AL. , Appellees.

_______________________________________________________________


On appeal from the 139th District Court

of Hidalgo County, Texas.

________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza

Opinion Per Curiam



 Appellant, JAMES C. MUSSELMAN , perfected an appeal from a judgment entered by the 139th District Court of
Hidalgo County, Texas, in cause number C-2712-99-C . After the record was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that this case has been settled in its entirety. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 24th day of July, 2003 .